AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Johnson & Johnson Health Care Systems Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-03188 |
| Xavier Becerra, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Johnson & Johnson Health Care Systems Inc.

Date: 11/12/2024

/s/ Samuel Ferenc
*Attorney's signature*

Samuel Ferenc (D.C. Bar No. 1616595)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
*Address*

sam.ferenc@arnoldporter.com
*E-mail address*

(202) 942-5729
*Telephone number*

(202) 942-5999
*FAX number*