AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Johnson & Johnson Health Care Systems Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:24-cv-03188 |
| Xavier Becerra, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Johnson & Johnson Health Care Systems Inc.                                                    .

Date: 12/06/2024

/s/ Paula Ramer
*Attorney's signature*

Paula Ramer (N.Y. Bar No. 4376570)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York NY, 10019-9710
*Address*

paula.ramer@arnoldporter.com
*E-mail address*

(212) 836-8000
*Telephone number*

(212) 836-8689
*FAX number*