# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> XAVIER BECERRA, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:24-cv-3188 |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's Consent Motion to Vacate the Answer Deadline and Set a Summary Judgment Briefing schedule, and for good cause shown, it is hereby:

**ORDERED** that Plaintiff's motion is **GRANTED**; and it is further

**ORDERED** that the following schedule shall govern proceedings in this matter:

a. Defendants shall file the certified index of administrative record and serve the administrative record on Plaintiff by January 31, 2025;

b. Plaintiff shall move for summary judgment by February 3, 2025;

c. Defendants shall respond to Plaintiff's motion and cross-move for summary judgment by March 3, 2025;

d. Plaintiff shall file a response to Defendants' cross-motion and any reply in support of its motion by March 17, 2025; and

e. Defendants shall file any reply in support of their cross-motion by March 31, 2025.

_____    _____
Date                                                          HON. RUDOLPH CONTRERAS
                                                                    United States District Judge