# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., § § § *Plaintiff*, § § v. § DOROTHY FINK, Acting Secretary of Health § and Human Services, et al, § § *Defendants*. § § 340B Health, § 1350 I Street, NW, Suite 800 § Washington, DC 20005 § § and § § UMass Memorial Medical Center § 55 Lake Avenue North ED § Worcester, MA 01655 § § and § § Genesis HealthCare System § 2951 Maple Ave § Zanesville, OH 437 § § *Proposed Intervenor – Defendants*. § | Case No. 1:24-cv-3188-RC |

**340B HEALTH, UMASS MEMORIAL MEDICAL CENTER, AND GENESIS HEALTHCARE SYSTEM'S MOTION TO INTERVENE**

PLEASE TAKE NOTICE that the undersigned, counsel for 340B Health, UMass Memorial Medical Center (UMass), and Genesis HealthCare System (Genesis) hereby moves this Court to Intervene as Defendants in this lawsuit.

In support of this Motion, Proposed Intervenors are submitting a Memorandum in Support of the Motion to Intervene, Declarations of Maureen Testoni, Shona Carr, and Meetali Desai in Support of the Motion to Intervene, and a Proposed Order.

In accordance with District for the District of Columbia Local Rule 7(m), Proposed Intervenors consulted with counsel for Plaintiff and Defendants. Plaintiff's counsel has advised that they will oppose the Motion to Intervene and Defendants' counsel has advised that they will take no position on the motion.

For the reasons set forth in the Memorandum of Law in Support of the Motion to Intervene, Proposed Intervenors request that the Court grant their Motion to Intervene of Right under Rule 24(a), or in the alternative, to allow Proposed Intervenors to Intervene under Rule 24(b).

Dated: January 30, 205

Respectfully submitted,

*/s/ William B. Schultz*

William B. Schultz (D.C. Bar No. 218990)
Margaret M. Dotzel (D.C. Bar No. 425431)
**ZUCKERMAN SPAEDER LLP**
1800 M Street NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
*Attorneys for Proposed Intervenors*

## CERTIFICATION OF SERVICE

I, William B. Schultz, hereby certify as follows:

On January 30, 2025, I caused to be filed with the Court and served upon all counsel of record via ECF the following:

1. Notice of Motion to Intervene;
2. Memorandum of Law in Support of Motion to Intervene;
3. Declarations of Shona Carr, Meetali Desai, and Maureen Testoni in Support of Motion to Intervene; and
4. Proposed Order.

I certify that the foregoing statements made by me are true. I am aware that if any of these statements are willfully false, I am subject to punishment.

Dated: January 30, 2025

/s/ William B. Schultz

William B. Schultz (D.C. Bar No. 218990)
**ZUCKERMAN SPAEDER LLP**
1800 M Street NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
*Attorney for Proposed Intervenors*