UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,

   *Plaintiff,*

v.

DOROTHY FINK, Acting Secretary of Health and Human Services, et al.,

   *Defendants.*

Case No. 1:24-cv-3188-RC

---

# DECLARATION OF MAUREEN TESTONI IN SUPPORT OF 340B HEALTH, UMASS MEMORIAL MEDICAL CENTER, AND GENESIS HEALTHCARE SYSTEM'S MOTION TO INTERVENE

I, Maureen Testoni, state as follows under the penalty of perjury:

1. I am the President and Chief Executive Officer of 340B Health, a Proposed Intervenor in this action.

2. The information set forth in this affidavit is based upon my personal knowledge.

3. 340B Health is a national, not-for-profit, membership organization headquartered in Washington, D.C. that represents over 1,600 hospital members across the country. 340B Health's mission is to be the leading advocate on federal legislative and regulatory issues to help 340B hospitals fulfill their mission to provide care for patients with low incomes and those living in rural communities.

4.     340B Health has been a plaintiff in several lawsuits related to the 340B Program, including a suit in the District Court for the District of Columbia that sought to require the Department of Health and Human Services (HHS) to issue regulations implementing Congressionally established civil money penalties. *American Hosp. Ass'n v. HHS*, No. 1:18-cv-2112. 340B Health was also a plaintiff in a suit in in the Northern District of California seeking to require HHS to prohibit drug companies from refusing to sell drugs at 340B prices to hospitals that contracted with community pharmacies to distribute their drugs. *American Hosp. Ass'n v. HHS*, No. 4-20-cv-00805.

5.     340B Health has also filed *amicus* briefs in numerous cases across the country relating to the 340B Program. 340B Health participated as one of several *amici* supporting the HHS in six lawsuits filed by drug companies in an attempt to restrict the covered entities use of community pharmacies to dispense drugs to 340B patients. 340B Health is currently participating as an *amicus* supporting State Attorneys General in cases challenging state laws designed to ensure that 340B hospitals may use community pharmacies to dispense drugs to 340B patients. To date, 340B health has joined twenty-four *amicus* briefs in those cases.

On this 29th day of January, 2025, I declare under penalty of perjury that the foregoing is true and correct.

Maureen Testoni
President and Chief Executive Officer
340B Health