# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., | § § § | |
| *Plaintiff*, | § § § | |
| v. | § § § | |
| DOROTHY FINK, Acting Secretary of Health and Human Services, et al., | § § § § | Case No. 1:24-cv-3188-RC |
| *Defendants*. | § § § § § § § | |

### [PROPOSED] ORDER GRANTING 340B HEALTH, UMASS MEMORIAL MEDICAL CENTER, AND GENESIS HEALTHCARE SYSTEM'S MOTION TO INTERVENE

Upon consideration of 340B Health, UMass Memorial Medical Center, and Genesis HealthCare System's Motion to Intervene as Defendants in this action, and any opposition thereto, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that Intervenor Defendants shall file their Motion for Summary Judgment and any opposition to Plaintiff's Motion for Summary Judgment on or before March 3, 2025.


Dated: _____, 2025

_____
**UNITED STATES DISTRICT JUDGE**

-2-

**Local Rule 7(k) Appendix: Names and Addresses of Attorneys Entitled to Be Notified of This Entry**

Paula Rachel Ramer
ARNOLD & PORTER KAY SCHOLER LLP
250 West 55th Street
New York, NY 10019

Samuel I. Ferenc
Jeffrey L. Handwerker
ARNOLD & PORTER KAY SCHOLER LLP
601 Massachusetts Ave, NY
Washington, D.C. 20001

John Bardo
DOJ-USAO
601 D Street NW
Washington, DC 20530