**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> DOROTHY FINK, in her official capacity, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> and <br><br> DIANA ESPINOSA, in her official capacity, and HEALTH RESOURCES AND SERVICES ADMINISTRATION, <br><br> *Defendants*. | Civil Action No. 1:24-cv-3188 |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Johnson & Johnson Health Care Services Inc. ("J&J") hereby moves for summary judgment in this Administrative Procedure Act action against Defendants the U.S. Department of Health and Human Services, its Acting Secretary Dorothy Fink in her official capacity, the Health Resources and Services Administration, and its Principal Deputy Administrator Diana Espinosa in her official capacity.[1] In accordance with LCvR 7, this motion is based upon the accompanying memorandum of points and authorities and the Administrative Record compiled by Defendants, and is accompanied by a proposed order.

J&J hereby requests that this Court grant its motion for summary judgment and (1) declare that J&J may offer reduced pricing to "covered entities" eligible for the federal 340B prescription drug program using rebates rather than discounts; (2) declare that J&J may adopt a rebate model for offering 340B pricing to covered entities without prior approval from HRSA or the HHS Secretary; (3) declare that HRSA's 2024 rejection of J&J's plan to adopt a rebate model was unlawful; (4) vacate and set aside (a) HRSA's letters of August 14, 2024, September 17, 2024, and September 27, 2024 announcing its rejection of J&J's rebate model plan, and (b) the policy pronouncement on HRSA's website stating that Secretarial approval is required for manufacturers to implement 340B rebate models, AR66-AR68, AR202-AR204, AR214, AR48; (5) award J&J reasonable attorneys' fees and costs; and (6) grant such other and further relief as the Court may deem appropriate.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), J&J has substituted the successors of the named public officer defendants in the case caption.

DATED:  February 3, 2025

        Respectfully submitted,

        */s/* Jeffrey L. Handwerker
        Jeffrey L. Handwerker (D.C. Bar No. 451913)
        jeffrey.handwerker@arnoldporter.com
        Samuel I. Ferenc (D.C. Bar No. 1616595)
        sam.ferenc@arnoldporter.com
        ARNOLD & PORTER KAYE SCHOLER LLP
        601 Massachusetts Ave., NW
        Washington, DC 20001-3743
        Tel: (202) 942-5000

        Paula R. Ramer (*admitted pro hac vice*)
        paula.ramer@arnoldporter.com
        ARNOLD & PORTER KAYE SCHOLER LLP
        250 West 55th Street
        New York, NY 10019-9710
        Tel: (212) 836-8000

        *Counsel for Plaintiff Johnson & Johnson Health Care Systems Inc.*

## CERTIFICATE OF SERVICE

I certify that on February 3, 2025, I filed the foregoing with the Clerk of the Court using the ECF System, which will send notification of such filing to the registered participants identified on the Notice of Electronic Filing.

/s/ Jeffrey L. Handwerker
Jeffrey L. Handwerker
