**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> DOROTHY FINK, in her official capacity, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> and <br><br> DIANA ESPINOSA, in her official capacity, and HEALTH RESOURCES AND SERVICES ADMINISTRATION, <br><br> *Defendants*. | Civil Action No. 1:24-cv-3188 |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Upon consideration of the parties' summary judgment papers and the Administrative Record, the Court **ORDERS** that the motion for summary judgment of Plaintiff Johnson & Johnson Health Care Services Inc. ("J&J") is **GRANTED**. The Court further:

1. DECLARES that J&J may offer reduced pricing to "covered entities" eligible for the federal 340B prescription drug pricing program using rebates rather than discounts;

2. DECLARES that J&J may adopt a rebate model for offering 340B pricing to covered entities without prior approval from the Health Resources and Services Administration ("HRSA") or the U.S. Secretary of Health and Human Services;

3. DECLARES that HRSA's 2024 rejection of J&J's plan to adopt a rebate model in HRSA's August 14, 2024, September 17, 2024, and September 27, 2024 letters was arbitrary, capricious, and otherwise not in accordance with law;

4. VACATES HRSA's August 14, 2024, September 17, 2024, and September 27, 2024 letters announcing its rejection of J&J's rebate model plan; and

5. VACATES the policy pronouncement on HRSA's website stating that Secretarial approval is required for manufacturers to implement 340B rebate models.

IT IS SO ORDERED.

Dated: _____        _____
                                      HON. RUDOLPH CONTRERAS
                                      UNITED STATES DISTRICT JUDGE