**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>DOROTHY FINK, in her official capacity, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>and<br><br>DIANA ESPINOSA, in her official capacity, and HEALTH RESOURCES AND SERVICES ADMINISTRATION,<br><br>*Defendants*. | Civil Action No. 1:24-cv-3188 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR**
**EXPEDITED CONSIDERATION OF SUMMARY JUDGMENT MOTIONS**

Upon consideration of Plaintiff's Motion for Expedited Consideration of Summary Judgment Motions, and any responses or oppositions thereto, the Court **ORDERS** that the motion is **GRANTED**. The Court intends to issue a ruling on the summary judgment motions filed in this case on or before July 1, 2025, or as soon thereafter as the Court's schedule will allow.

IT IS SO ORDERED.

Dated: _____          _____

HON. RUDOLPH CONTRERAS
UNITED STATES DISTRICT JUDGE