**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>DOROTHY FINK, in her official capacity, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>and<br><br>THOMAS J. ENGELS, in his official capacity, and HEALTH RESOURCES AND SERVICES ADMINISTRATION,<br><br>*Defendants*. | Civil Action No. 1:24-cv-3188 |

**NOTICE REGARDING OPPOSITION TO POTENTIAL CONSOLIDATION**
**WITH CASES PENDING BEFORE JUDGE DABNEY L. FRIEDRICH**

On November 12, 2024, Plaintiff Johnson & Johnson Health Care Systems Inc. ("J&J") filed the instant case, alleging that Defendants acted in excess of their authority under the 340B statute, 42 U.S.C. § 256b, and violated the Administrative Procedure Act, 5 U.S.C. § 706, in issuing letters and publishing a website post that purported to prohibit J&J from adopting its "Rebate Model" for effectuating 340B pricing.

When J&J filed this action, it related the case to five other actions pending before this Court. *See* ECF No. 2 (notice of related case citing *Or. Health & Sci. Univ. v. Johnson, et al.*, No. 1:24-cv-02184-RC (D.D.C.); *MaineGeneral Med. Ctr. v. Johnson, et al.*, No. 1:24-cv-02187-RC (D.D.C.); *Univ. of Rochester v. Johnson, et al.*, No. 1:24-cv-02268-RC (D.D.C.); *Children's Nat'l Med. Ctr. v. Johnson, et al.*, No. 1:24-cv-02563-RC (D.D.C.); *Univ. of Wash. Med. Ctr. v. Becerra, et al.*, No. 1:24-cv-02998-RC (D.D.C.)). Those related cases involve challenges to HRSA approvals of 340B program audits requested by J&J. J&J has moved for leave to file amicus briefs in each of the five related cases; each proposed amicus brief notes that the issues presented in the audit cases overlap with the reasons that J&J has sought to adopt its Rebate Model.

Subsequent to J&J's filing of this action, four other pharmaceutical manufacturers filed cases in this District arising from agency actions taken in response to those manufacturers' proposals to adopt new 340B pricing mechanisms. Each of those cases has been assigned to Judge Dabney L. Friedrich. *See Eli Lilly & Co., et al. v. Fink, et al.*, No. 1:23-cv-3220 (D.D.C.); *Bristol Myers Squibb Co. v. Fink, et al.*, No. 1:24-cv-3337 (D.D.C.); *Sanofi-Aventis U.S. LLC v. HHS, et al.*, No. 1:24-cv-3496 (D.D.C.); *Novartis Pharms. Corp. v. Fink, et al.*, No. 1:25-cv-117 (D.D.C.) (the "Friedrich Cases").

On January 30, 2025, 340B Health, UMass Memorial Medical Center, and Genesis HealthCare System filed a motion to intervene in this case. ECF No. 14. On February 5, 2025, the same parties moved to intervene in the Friedrich Cases.

On February 6, 2025, Judge Friedrich issued a Minute Order in each of the Friedrich Cases that stated as follows:

> Civil Actions 24-cv-3220, 24-cv-3337, 24-cv-3496, and 25-cv-117 involve common questions of law and fact. In addition, 340B Health, UMass Memorial Medical Center, and Genesis Healthcare System have moved to intervene in each case. Accordingly, on or before February 11, 2025, the parties in each case shall notify the Court of their respective positions on consolidating these actions under Rule 42, at least with respect to the briefing on the motion to intervene and any future hearings on the pending motions to intervene and dismiss.

Notably, Judge Friedrich's Minute Order did not reference J&J's case.

On February 11, 2025, Defendants filed Notices in each of the Friedrich Cases representing that they believe that the Friedrich Cases should be consolidated. In addition, Defendants' Notices stated as follows:

> Defendants note that there are two other similar cases that should also be consolidated to the above-captioned three cases: *Kalderos v. United States*, Civ. A. No. 21-2608, and *Johnson & Johnson v. Fink*, Civ. A. No. 24-3188. These cases involve the same questions of law and fact as those cases identified in the Court's February 6, 2025 orders. Thus, Defendants respectfully submit that both *Kalderos* and *Johnson & Johnson* should be included in any consolidation.

*E.g.*, *Eli Lilly & Co.*, No. 1:24-cv-3220 (D.D.C. Feb. 11, 2025), ECF No. 23. Defendants did not consult with J&J before filing their position on consolidation in the Friedrich Cases. The plaintiffs filed Notices agreeing that the Friedrich Cases can be consolidated for most purposes, but with respect to J&J's case noted "that [J&J's] case was not a subject of the Court's order as it is not pending before this Court and is related to other cases involving covered-entity audits initiated by Johnson & Johnson, all of which are pending before another judge of this Court." *E.g.*, *Eli Lilly & Co.*, No. 1:24-cv-3220 (D.D.C. Feb. 11, 2025), ECF No. 24.

J&J submits this Notice to document its opposition to the consolidation of this action with the Friedrich Cases. As noted above, J&J's case is related to five other cases currently pending

2

before this Court, and J&J believes that this Court is best positioned to adjudicate these related cases. Further, the scope and details of J&J's Rebate Model are different in some respects than the models at issue in the Friedrich Cases, and J&J's record of correspondence with Defendants differs from the records of the plaintiffs in the Friedrich Cases.

Moreover, consolidation of this first-filed case with the subsequently-filed Friedrich Cases—three months after this case was filed and only after J&J has filed its Motion for Summary Judgment, ECF No. 18—would be prejudicial to J&J. Therefore, J&J respectfully requests that this case not be consolidated with the Friedrich Cases.

DATED: February 12, 2025

Respectfully submitted,

*/s/* Jeffrey L. Handwerker
Jeffrey L. Handwerker (D.C. Bar No. 451913)
jeffrey.handwerker@arnoldporter.com
Samuel I. Ferenc (D.C. Bar No. 1616595)
sam.ferenc@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000

Paula R. Ramer (*admitted pro hac vice*)
paula.ramer@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Tel: (212) 836-8000

*Counsel for Plaintiff Johnson & Johnson Health Care Systems Inc.*

**CERTIFICATE OF SERVICE**

      I certify that on February 12, 2025, I filed the foregoing with the Clerk of the Court using the ECF System, which will send notification of such filing to the registered participants identified on the Notice of Electronic Filing.

/s/ Jeffrey L. Handwerker
Jeffrey L. Handwerker
