Jonathan E. Levitt (D.C. Bar No. 219207)
**FRIER & LEVITT, LLC**
84 Bloomfield Ave
Pine Brook, NJ 07058
(973) 618-1660
jlevitt@frierlevitt.com

*Attorneys for Amicus Curiae*
*Community Oncology Alliance, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC.,<br><br>Plaintiff,<br><br>v.<br><br>DOROTHY FINK, in her official capacity, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>and<br><br>DIANA ESPINOSA, in her official capacity, and HEALTH RESOURCES AND SERVICES ADMINISTRATION,<br><br>Defendants. | Case No. 1:24-cv-3188<br><br>**SUPPLEMENTAL NOTICE REGARDING GOVERNMENT'S POSITION ON AMICUS CURIAE COMMUNITY ONCOLOGY ALLIANCE, INC.'S MOTION FOR LEAVE TO FILE AMICUS BRIEF** |

Amicus Community Oncology Alliance, Inc. ("COA") respectfully submits this supplemental notice regarding its Motion for Leave to File Brief as Amicus Curiae, ECF No. 28. COA noted in its motion that it had reached out to counsel for Defendants regarding its position on the motion (consistent with Local Civil Rule 7(o)(2)), but was unable to confer with Defendants as of the time of filing. COA has now conferred with counsel for the Government, who takes no position on COA's motion for leave to file an amicus brief.

Dated: February 19, 2025                    Respectfully submitted,

                                                        **FRIER LEVITT, LLC**
*Attorneys for Plaintiff*

<u>*/s/Jonathan E. Levitt*</u>
Jonathan E. Levitt, Esq. (D.C. Bar No. 219207)
84 Bloomfield Avenue
Pine Brook, NJ 07058
Tel: (973) 618-1660
Fax: (973) 618-0650
jlevitt@frierlevitt.com