IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br>*Plaintiff,*<br><br>v.<br><br>ROBERT F. KENNEDY, JR., in his official capacity, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>and<br><br>THOMAS J. ENGELS, in his official capacity, and HEALTH RESOURCES AND SERVICES ADMINISTRATION,<br><br>*Defendants.* | Case No. 1:24-cv-3188-RC |

**UNOPPOSED MOTION OF AMERICAN HOSPITAL ASSOCIATION, NATIONAL ASSOCIATION OF CHILDREN'S HOSPITALS, INC., D/B/A CHILDREN'S HOSPITAL ASSOCIATION, ASSOCIATION OF AMERICAN MEDICAL COLLEGES AND AMERICA'S ESSENTIAL HOSPITALS TO FILE *AMICI CURIAE* BRIEF IN SUPPORT OF DEFENDANTS**

The American Hospital Association, the National Association of Children's Hospitals, Inc., d/b/a Children's Hospital Association, the Association of American Medical Colleges, and America's Essential Hospitals (collectively, the "Proposed *Amici*") respectfully move this Court, pursuant to Local Civil Rule 7(o), for leave to file the attached brief in support of Defendants' Cross-Motion for Summary Judgement (Exhibit A). Proposed *Amici* also submit a Proposed Order.

*Amici* are four hospital associations whose members are hospitals that receive 340B discounts. The unlawful rebate policy of Plaintiff Johnson & Johnson Health Care Systems Inc. ("J&J") will grievously harm those hospitals and the patients they care for. *Amici* therefore have a

strong interest in preserving the Health Resources and Services Administration's lawful decision to reject that rebate policy, so that *Amici*'s members can continue to provide high-quality, affordable medical care to their underserved patients and communities.

"Courts have wide discretion in deciding whether to grant a third party leave to file an amicus brief." *Matter of Search of Information Associated with [redacted]@mac.com that is Stored at Premises Controlled by Apple, Inc*., 13 F. Supp. 3d 157, 167 (D.D.C. 2014). "Generally, a court may grant leave to appear as an *amicus* if the information offered is timely and useful," *Ellsworth Assocs. v. United States*, 917 F. Supp. 841, 846 (D.D.C. 1996) (quotation marks omitted), or when *Amici* have "relevant expertise and a stated concern for the issues at stake in [the] case," *District of Columbia v. Potomac Elec. Power Co*., 826 F. Supp. 2d 227, 237 (D.D.C. 2011); *see Ellsworth,* 917 F. Supp. at 846 (a court should grant a motion to participate as *amicus curiae* when the movant has a "special interest in th[e] litigation as well as a familiarity and knowledge of the issues raised therein that could aid in the resolution of this case"); *Northern Mariana Islands v. United States,* No. 08-1572, 2009 WL 596986, at *1 (D.D.C. Mar. 6, 2009) (holding that "[t]he filing of an amicus brief should be permitted if it will assist the judge 'by presenting ideas, arguments, theories, insights, facts or data that are not to be found in the parties' briefs'").

*Amici* easily satisfy this standard.  As the attached proposed brief demonstrates, *Amici* provide the Court with specific insights, information, and legal arguments about the operation and practical effects of the 340B Program and the consequences of J&J's rebate policy. *Amici* further demonstrate that if the Court were to grant J&J's summary judgment motion, their member-hospitals would be severely harmed, thereby underscoring their "concern for the issues at stake,"

*Potomac Elec.*, 826 F. Supp. 2d at 237, and "special interest" in the litigation, *Ellsworth,* 917 F. Supp. at 846.

Proposed *Amici* consulted with counsel for Plaintiffs and Defendants. Both parties take no position on *Amici*'s Motion.

Accordingly, Proposed *Amici* respectfully ask the Court to grant their motion for leave to file an *amici curiae* brief.

February 28, 2025                                          Respectfully submitted,

 

                                                        /s/
Chad Golder, Fed. Bar No. 976914
American Hospital Association
2 City Center, Suite 400
800 10th Street, NW
Washington, DC 20001-4956
202-626-4624
cgolder@aha.org
Counsel for *Amici Curiae*