IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> and <br><br> THOMAS J. ENGELS, in his official capacity, and HEALTH RESOURCES AND SERVICES ADMINISTRATION, <br><br> *Defendants.* | Case No. 1:24-cv-3188-RC |

**ORDER**

Upon consideration of the February 28, 2025 unopposed Motion for Leave to File *Amicus* Brief in Support of Defendants, filed by the American Hospital Association, the National Association of Children's Hospitals, Inc., d/b/a Children's Hospital Association, the Association of American Medical Colleges, and America's Essential Hospitals, and the entire record herein, it is hereby, for good cause shown:

1. **ORDERED** that the February 28, 2025 Motion for Leave to File *Amicus* Brief in Support of Defendants, filed by the American Hospital Association, the National Association of Children's Hospitals, Inc., d/b/a Children's Hospital Association, the Association of American Medical Colleges, and America's Essential Hospitals shall be and hereby is **GRANTED**; and it is further

2

2. **ORDERED** that the American Hospital Association, the National Association of Children's Hospitals, Inc., d/b/a Children's Hospital Association, the Association of American Medical Colleges, and America's Essential Hospitals shall be and hereby are **GRANTED LEAVE** to file an amicus brief in support of Defendants; and it is further

3. **ORDERED** that the Clerk shall cause the *amici curiae* brief attached to the February 28, 2025 Motion for Leave to File *Amicus* Brief in Support of Defendants, filed by the American Hospital Association, the National Association of Children's Hospitals, Inc., d/b/a Children's Hospital Association, the Association of American Medical Colleges, and America's Essential Hospitals to be filed and entered on the docket in the above-captioned proceeding; and it is further

4. **ORDERED** that the Clerk shall cause copies of this Order to be delivered to all parties of record.

So **ORDERED** this _____ day of _____, 2025

_____
Hon. Rudolph Contreras
Judge