William B. Schultz

Zuckerman Spaeder LLP
wschultz@zuckerman.com
202.778.1820

March 4, 2025

Re: *Johnson & Johnson Health Care Systems Inc., v. Robert F. Kennedy Jr., et al.*, No. 24 Civ. 3188 (RC), Supplemental Authority for Motion to Intervene

Dear Judge Contreras:

  I represent Proposed Intervenors 340B Health, UMass Memorial Medical Center, and Genesis HealthCare Systems in the above-captioned case. Today, Judge Friedrich granted Proposed Intervenors' motions to intervene in four cases brought by drug manufacturers against the Department of Health and Human Services and related defendants.[1] Those four cases raise nearly identical legal issues to this case concerning the 340B drug program, and the defendants in those cases opposed Proposed Intervenors' intervention on substantially similar grounds to those raised by Johnson & Johnson here.

  For the Court's convenience, I have attached Judge Friedrich's order granting Proposed Intervenors' motions to intervene.

Sincerely,

*William B. Schultz*

William B. Schultz
*Attorney for Proposed Intervenors 340B Health, UMass Memorial Medical Center, and Genesis HealthCare Systems*

---

[1] Case Nos. 24 Civ. 3220 (DLF), 24 Civ. 3496 (DLF), 24 Civ. 3337 (DLF), and 25 Civ. 117 (DLF).