**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., <br><br> Plaintiff, <br> v. <br><br> ROBERT F. KENNEDY, in his official capacity, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> and <br><br> THOMAS J. ENGELS, in his official capacity, and HEALTH RESOURCES AND SERVICES ADMINISTRATION, <br><br> Defendants. | Case No. 1:24-cv-03188-RC |

**[PROPOSED] ORDER**

Upon consideration of the unopposed Motion for Leave to File *Amici Curiae* Brief of State and Regional Hospital Associations, it is hereby ORDERED that the Motion is GRANTED.  The Clerk shall cause the Brief of State and Regional Hospital Associations as *Amici Curiae* in Support of Defendants, attached as Exhibit A to their Motion, to be filed and entered on the docket in the above-captioned proceeding.

IT IS SO ORDERED.

This _____ day of _____, 2025.

_____
Hon. Rudolph Contreras
United States District Judge