IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> and <br><br> THOMAS J. ENGELS, in his official capacity, and HEALTH RESOURCES AND SERVICES ADMINISTRATION, <br><br> *Defendants*. | Civil Action No. 1:24-cv-3188 |

**PLAINTIFF'S MOTION TO STRIKE PORTIONS OF PROPOSED AMICUS BRIEF THAT RELY UPON EXTRA-RECORD MATERIAL**

Plaintiff Johnson & Johnson Health Care Systems Inc. ("J&J") respectfully moves the Court to strike the extra-record material filed as part of the Amicus Curiae Brief of American Hospital Association, National Association of Children's Hospitals, Inc., d/b/a Children's Hospital Association, Association of American Medical Colleges, and America's Essential Hospitals ("AHA Brief"), ECF No. 33-1.  Specifically, J&J moves to strike all portions of the AHA Brief that discuss the responses from a survey of hospitals that AHA claims it conducted, as discussed on pages 4 and 19-23 of the brief.

Any reference to the survey results should be struck because the materials are not part of the Administrative Record for the agency action in this case.  Further, the extra-record materials

are unreliable and inconsistent with other evidence properly made part of the record. The grounds for this Motion to Strike are further set forth in the accompanying memorandum. Pursuant to Local Civil Rule 7(m), J&J has conferred with Defendants, who indicated that they take no position on the motion.

DATED: March 17, 2025

                                Respectfully submitted,

                                */s/* Jeffrey L. Handwerker
                                Jeffrey L. Handwerker (D.C. Bar No. 451913)
                                jeffrey.handwerker@arnoldporter.com
                                Samuel I. Ferenc (D.C. Bar No. 1616595)
                                sam.ferenc@arnoldporter.com
                                ARNOLD & PORTER KAYE SCHOLER LLP
                                601 Massachusetts Ave., NW
                                Washington, DC 20001-3743
                                Tel: (202) 942-5000

                                Paula R. Ramer (*admitted pro hac vice*)
                                paula.ramer@arnoldporter.com
                                ARNOLD & PORTER KAYE SCHOLER LLP
                                250 West 55th Street
                                New York, NY 10019-9710
                                Tel: (212) 836-8000

                                *Counsel for Plaintiff Johnson & Johnson Health Care Systems Inc.*

## CERTIFICATE OF SERVICE

I certify that on March 17, 2025, I filed the foregoing with the Clerk of the Court using the ECF System, which will send notification of such filing to the registered participants identified on the Notice of Electronic Filing.

                                        /s/ Jeffrey L. Handwerker
                                        Jeffrey L. Handwerker