IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> and <br><br> THOMAS J. ENGELS, in his official capacity, and HEALTH RESOURCES AND SERVICES ADMINISTRATION, <br><br> *Defendants*. | Civil Action No. 1:24-cv-3188 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE PORTIONS OF PROPOSED AMICUS BRIEF THAT RELY ON EXTRA-RECORD MATERIAL**

Having reviewed Johnson & Johnson Healthcare Systems Inc.'s motion to strike portions of the Amici Curiae Brief of American Hospital Association, National Association of Children's Hospitals, Inc., d/b/a Children's Hospital Association, Association of American Medical Colleges, and America's Essential Hospitals that rely on extra-record material, the motion is **GRANTED**, and it is

ORDERED that the portions of the brief at pages 4 and 19-23 relying on the survey results provided by the American Hospital Association are to be stricken from the record; and it is further

ORDERED that the amici refile their brief without the stricken portions.

IT IS SO ORDERED.

Dated: _____        _____
                                      HON. RUDOLPH CONTRERAS
                                      UNITED STATES DISTRICT JUDGE