# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., *Plaintiff,* <br> v. <br> ROBERT F. KENNEDY Jr., *et al.,* <br> *Defendants.* | § § § § § § § § § § Case No. 1:24-cv-3188-RC |

**MOTION OF 340B HEALTH, UMASS MEMORIAL MEDICAL CENTER, AND GENESIS HEALTHCARE SYSTEM FOR LEAVE TO FILE AN OVERSIZED *AMICUS* BRIEF IN SUPPORT OF DEFENDANTS**

Proposed *Amici Curiae* 340B Health, UMass Memorial Medical Center (UMass) and Genesis HealthCare System (Genesis) respectfully request leave to file the attached *amici curiae* brief in support of Defendants. *Amici* are also submitting a Proposed Order.

In support of this motion, 340B Health states as follows:

1. 340B Health, UMass, and Genesis have moved to intervene as Defendants in this case. Because their Motion to Intervene is still pending, 340B Health, UMass, and Genesis are submitting their Cross Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment as an *amici curiae* brief to ensure that the Court has timely access to the information and arguments that Proposed *Amici* can provide. However, 340B Health, UMass and Genesis strongly believe that participation as *amici* in this case is insufficient, and the present Motion for Leave to File an *amici curiae* brief does not represent a withdrawal of their Motion to Intervene or waiver of any argument presented in their Motion to Intervene.

2. Proposed *Amicus* 340B Health is a membership organization of more than 1,600 public and private nonprofit hospitals participating in the federal 340B drug pricing program ("340B Program"). *See* 42 U.S.C. § 256b. It is seeking leave to submit an *amici curiae* brief to provide the Court with the perspectives of 340B Hospitals on the important issues raised in this case.

3. Proposed *Amici* UMass and Genesis are hospitals that are eligible to receive benefits under the 340B Program (340B Hospitals).

4. While there is no Federal Rule of Civil Procedure that controls motions for leave to appear as *amici curiae* in federal district court, the District Court for the District of Columbia Local Rule 7(o) governs the requirements for *amicus* briefs. Under that Rule, a motion for leave to file an *amicus* brief should state the nature of the movant's interest; identify the party or parties supported; and set forth reasons why an *amicus* brief is desirable, why the movant's

position is not adequately represented by a party, and why the matters asserted are relevant to the disposition of the case. LCvR 7(o)(2). "A motion for leave to file an amicus brief should also be filed in a timely manner, such that it does not unduly delay the Court's ability to rule on a pending matter." *Id.* For the reasons set forth below, Proposed *Amici* satisfy these requirements.

5. Proposed *Amici* should be granted leave to file the accompanying brief because 340B Health's members, including UMass and Genesis, rely on 340B discounts for 340B drugs to support health care programs and services they offer to meet the needs of underserved populations. The 340B discounts allow 340B Hospitals to: (1) provide and maintain more patient care services; (2) provide and maintain more uncompensated and unreimbursed care; (3) provide and maintain more services in underserved areas; (4) develop and maintain targeted programs to serve vulnerable patients; and (5) keep their doors open. Should Plaintiff's proposed rebate model be permitted to proceed, 340B Hospitals', including Proposed *Amici* UMass and Genesis, financial ability to support those services and keep their doors open will be impaired. The Court's ruling in this case will therefore have a direct impact on Proposed *Amici* UMass and Genesis and members of Proposed *Amicus* 340B Health, underlying the value of their participation in the case. Therefore, Proposed *Amici* have a strong interest in the success of Defendants' denial of Plaintiff's proposed rebate model, which is at issue in this case.

6. Additionally, the attached *amicus* brief is desirable and asserts matters relevant to the disposition of the case. As experts who receive, or whose members receive, 340B benefits, Proposed *Amici* are uniquely qualified to explain how the Plaintiff's proposed rebate model harms 340B covered entities and the complexities of the product replenishment system, which Plaintiff discusses in its pleadings. As such, Proposed *Amici* offer perspectives on the issues that

the existing parties cannot provide, which will aid the Court in its ultimate resolution of the present dispute.

7. The Government Defendants will not adequately represent the interests of Proposed *Amici* because they do not have access to the same data and experience that Proposed *Amici* have regarding the 340B Program, have different financial interests, and may present different legal arguments that will directly bear on the disposition of this case.

8. Furthermore, this Motion is timely and will not cause any delay in the Court's decision because it is being filed at the same time as Defendants' response to Plaintiff's Motion for Summary Judgment.

9. In accordance with Local Rule 7(o)(5), 340B Health, UMass and Genesis confirm that they are not corporations that have any outstanding securities in the hands of the public; that no party's counsel authored this brief in whole or in part; that no party or party's counsel contributed money that was intended to fund preparing or submitting this brief; and that no person other than Proposed *Amici*, its members, or its counsel contributed money that was intended to fund preparing or submitting this brief.

10. Proposed *Amici* also request that the page limit set forth in Local Rule 7(o)(4) be extended by 10 pages given the complexity of the issues presented, and the potential impact that resolution of the case will have on *amici* and their members.

11. Pursuant to Local Rules 7(m) and (o), 340B has contacted counsel for both Plaintiff and Defendants. Plaintiff has consented to this motion and the page number extension and Defendants have indicated that they have no position as to this motion.

-4-

## CONCLUSION

For these reasons, 340B Health, UMass, and Genesis respectfully request that they be granted leave to file the attached *amicus curiae* brief and that the page limit be extended by 10 pages.

Dated: April 2, 2025

Respectfully submitted,

/s/ William B. Schultz

William B. Schultz (D.C. Bar No. 218990)
Margaret M. Dotzel (D.C. Bar No. 425431)
**ZUCKERMAN SPAEDER LLP**
2100 L St., N.W., Suite 400
Washington, DC 20037
Tel: (202) 778-1800
Fax: (202) 822-8106
wschultz@zuckerman.com
mdotzel@zuckerman.com

*Attorneys for Proposed Amici Curiae*