# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., §§§§§§§§§§§§ *Plaintiff*, v. DOROTHY FINK, Acting Secretary of Health and Human Services, et al., *Defendants*. | Case No. 1:24-cv-3188-RC |

### [PROPOSED] ORDER GRANTING 340B HEALTH, UMASS MEMORIAL MEDICAL CENTER, AND GENESIS HEALTHCARE SYSTEM'S MOTION TO FILE AN *AMICUS* BRIEF AND EXTEND PAGE LIMIT

Upon consideration of 340B Health, UMass Memorial Medical Center, and Genesis HealthCare System's Motion for Leave to File an *Amicus Curiae* Brief in Support of Defendants' Motion for Summary Judgment and a page limit extension, and any opposition thereto, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the page limitation be expanded to 35 pages; and it is further

ORDERED that the Clerk shall cause the Proposed *Amicus Curiae* Brief attached to the Motion to file an *Amicus Curiae* Brief to be filed and entered on the docket in the above-captioned case.

Dated: _____, 2025

_____
**UNITED STATES DISTRICT JUDGE**

**Local Rule 7(k) Appendix: Names and Addresses of Attorneys Entitled to Be Notified of This Entry**

Paula Rachel Ramer
ARNOLD & PORTER KAY SCHOLER LLP
250 West 55th Street
New York, NY 10019

Samuel I. Ferenc
Jeffrey L. Handwerker
ARNOLD & PORTER KAY SCHOLER LLP
601 Massachusetts Ave, NY
Washington, D.C. 20001

John Bardo
DOJ-USAO
601 D Street NW
Washington, DC 20530