# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> and <br><br> THOMAS J. ENGELS, in his official capacity, and HEALTH RESOURCES AND SERVICES ADMINISTRATION, <br><br> *Defendants*. | Civil Action No. 1:24-cv-3188 |

## JOINT APPENDIX

Pursuant to Local Civil Rule 7(n), Plaintiff Johnson & Johnson Health Care Systems Inc. ("J&J") hereby submits the attached Joint Appendix containing agreed-upon portions of the Administrative Record "cited or otherwise relied upon" in the parties' cross-motions for summary judgment. Local Civil R. 7(n)(1). This appendix also contains confidential material separately submitted under seal as outlined in the accompanying motion to seal.

DATED:  May 14, 2025

          Respectfully submitted,

          */s/ Jeffrey L. Handwerker*
          Jeffrey L. Handwerker (D.C. Bar No. 451913)
          jeffrey.handwerker@arnoldporter.com
          Samuel I. Ferenc (D.C. Bar No. 1616595)
          sam.ferenc@arnoldporter.com
          ARNOLD & PORTER KAYE SCHOLER LLP
          601 Massachusetts Ave., NW
          Washington, DC 20001-3743
          Tel: (202) 942-5000

          Paula R. Ramer (*admitted pro hac vice*)
          paula.ramer@arnoldporter.com
          ARNOLD & PORTER KAYE SCHOLER LLP
          250 West 55th Street
          New York, NY 10019-9710
          Tel: (212) 836-8000

          *Counsel for Plaintiff Johnson & Johnson Health Care Systems Inc.*

**CERTIFICATE OF SERVICE**

    I certify that on May 14, 2025, I filed the foregoing with the Clerk of the Court using the ECF System, which will send notification of such filing to the registered participants identified on the Notice of Electronic Filing.

                                            /s/ *Jeffrey L. Handwerker*
                                            Jeffrey L. Handwerker