IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., <br><br> *Plaintiff*, <br><br> v. <br><br> ROBERT F. KENNEDY, JR., in his official capacity, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> and <br><br> THOMAS J. ENGELS, in his official capacity, and HEALTH RESOURCES AND SERVICES ADMINISTRATION, <br><br> *Defendants*. | Civil Action No. 1:24-cv-3188 |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL**

Upon consideration of Plaintiff Johnson & Johnson Health Care Systems Inc.'s Motion for Leave to File Under Seal, Intervenor-Defendants' opposition, Plaintiff's reply in support, and the entire record in this case, the Court finds that the factors established by *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980), favor maintaining the identified portions of the Joint Appendix under seal, with the exception of those identified in the Conclusion of Plaintiff's reply in support of its Motion: AR86-AR96, AR154-AR173, AR232-246, AR256-AR259, AR538-AR549, AR565-AR569, AR572-574, AR575-AR579, and AR635-AR639.

It is hereby **ORDERED** that Plaintiff's Motion for Leave to File Under Seal is **GRANTED IN PART**.

1

It is further **ORDERED** that the portions of the Joint Appendix identified as sealed in the table of contents to the Joint Appendix may be maintained under seal, with the exception of the portions identified in the Conclusion of Plaintiff's reply in support of its motion.

It is further **ORDERED** that within seven days of this order, Plaintiff shall file on the public docket a revised Joint Appendix with the following pages of the record unsealed: AR86-AR96, AR154-AR173, AR232-AR246, AR256-AR259, AR538-AR549, AR565-AR569, AR572-AR574, AR575-AR579, and AR635-AR639.

IT IS SO ORDERED.

Dated: _____    _____
                                          HON. RUDOLPH CONTRERAS
                                          UNITED STATES DISTRICT JUDGE