UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| JOHNSON & JOHNSON HEALTH CARE SYSTEMS INC., Plaintiff, | : : : : | | |
| v. | : : | Civil Action No.: | 24-3188 (RC) |
| ROBERT F. KENNEDY, JR., Secretary of Health and Human Services, *et al.*, Defendants, | : : : : : | Re Document Nos.: | 18, 21, 22, 23, 25 28, 33, 38, 39, 41 54 |
| and | : : | | |
| 340B HEALTH, *et al.*, Intervenor-Defendants. | : : | | |

## ORDER

### RESOLVING THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Plaintiff's Motion for Summary Judgment (ECF No. 18) is **DENIED**; Proposed Amici's Motions for Leave to File Amicus Briefs (ECF Nos. 21, 22, 23, 25, 28, 33, 38) are **GRANTED**; Plaintiff's Motion to Strike (ECF No. 39) is **DENIED**; and Defendants' and Intervenor-Defendants' Cross Motions for Summary Judgment (ECF Nos. 41, 54) are **GRANTED**.

**SO ORDERED**.

Dated: June 27, 2025                                  RUDOLPH CONTRERAS
                                                     United States District Judge